### FRANK JONES v. STATE.

No. A-2984.   Opinion Filed February 20, 1919.

Appeal from District Court, Carter County;

W. F. Freeman, Judge.

Frank Jones was convicted of keeping a place with a felonious intent to sell intoxicating liquors, and appeals. Reversed.

S. J. Castleman, Brown, Williams & Brown, for plaintiff in error.

The Attorney General, for the State.

PER CURIAM. Plaintiff in error, Frank Jones. was convicted on a charge that he did feloniously keep a place in the town of Wilson, Carter county, with the intent and purpose then and there and therein of selling intoxicating liquors, and was sentenced to serve a term of one year in the penitentiary and to pay a fine of two hundred dollars. To reverse the judgment he appeals.

In the case of Proctor v. State, 15 Okla. Cr. 338, 176 Pac. 771, the statute upon which this prosecution was based was held unconstitutional and void. For the reasons stated in that opinion, the judgment appealed from is reversed.